UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE ELLER,<br><br>            Plaintiff,<br><br>       v.<br><br>TOM ALMOND,<br><br>            Defendant. | Case No. 19-cv-06886-BLF  (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is dismissed without prejudice.  Judgment is entered accordingly.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  ___**June 15, 2020**_____          _____
                                             BETH LABSON FREEMAN
                                             United States District Judge

Judgment
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\20H2F0LW\06886Eller_jud.docx